**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GREGORY BARR                                Chapter 13

                    Debtor                  Bankruptcy No. 11-16655-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

AND NOW, this ___11th___ day of ___August___, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
RALPH D FRIEDMAN
1077 RYDAL RD
SUITE 103
RYDAL, PA 19046

Debtor:
GREGORY BARR

206 WOOD STREET
HATBORO, PA 19040