United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-16655-mdc
Gregory A. Barr                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD            Page 1 of 2              Date Rcvd: Aug 15, 2016
                              Form ID: pdf900           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2016.
db            +Gregory A. Barr,    206 Wood Street,    Hatboro, PA 19040-2711
12527636      +AR Resources Inc.,    1777 Sentry Parkway West,    Blue Bell, PA 19422-2206
13454718      +Christiana Trust,    A Div. of WSFS FSB,   c/o Andrew F. Gornall, Esq.,    KML Law Group PC,
                701 Market St., Ste. 5000,    Phila. PA 19106-1541
13278297      +Christiana Trust, A Div. of,    Wilmington Savings Fund Society FSB,
                c/o Joshua I. Goldblum, Esq.,    KML Law Group PC,   701 Market St., Ste. 5000,
                Phila., PA 19106-1541
12527638      +EMC Mortgage,    Attention:  Bankruptcy Clerk,    P.O. Box 293150,    Lewisville, TX 75029-3150
12747408       EMC Mortgage LLC,    c/o Residential Credit Solutions,    PO Box 163349,
                Fort Worth, TX 76161-3349
12650993      +EMC Mortgage LLC,    c/o Kimberly A. Bonner, Esq.,    200 Sheffield St., Ste. 101,
                Mountainside, NJ 07092-2315
12527637      +Eastern Account System Inc.,    75 Glen Road Suite 110,    Sandy Hook, CT 06482-1175
12527639      +Goldbeck McCafferty & McKeever,    Suite 5000,   Mellon Independence Center,
                Philadelphia, PA 19106-1541
12527641      +Nancy K. Barr,    204 Wood Street,    Hatboro, PA 19040-2711
13173474      +Residential Credit Solutions,    as servicer for EMC Mortgage LLC,    c/o CHRISTOPHER A. DENARDO,
                3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13360242      +Selene Finance LP as Servicer for Christiana,    9990 Richmond Ave., Suite 400S,
                Houston, TX 77042-8500
12527642      +Upper Moreland Hatboro Joint Sewer Autho,    2875 Terwood Road,    P.O. Box 535,
                Willow Grove, PA 19090-0535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Aug 16 2016 09:01:44     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 16 2016 09:01:35
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 16 2016 09:01:42     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13501699      +E-mail/Text: bknotices@snsc.com Aug 16 2016 09:01:47
                U.S. Bank Trust National Association, et al,    c/o SN Servicing Corporation,    323 5th Street,
                Eureka, CA 95501-0305
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12676735      ##+Marix Servicing, LLC,    1925 W. Pinnacle Peak Rd,    Phoenix, Arizona 85027-1254
12527640      ##+Marix Servicing, LLC,    P.O. Box 42008,    Phoenix, AZ 85080-2008
                                                                                               TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    EMC Mortgage LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    Christiana Trust, et al... agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                   Date Rcvd: Aug 15, 2016
                              Form ID: pdf900             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
              BRIAN E. CAINE    on behalf of Creditor    U.S. Bank Trust National Association, Et al.
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Residential Credit Solutions, as servicer for
               EMC Mortgage LLC pabk@logs.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    U.S. Bank Trust National Association
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Christiana Trust, A Division of Wilmington Savings
               Fund Society, FSB, as trustee for Normandy Mortgage Loan Trust, Series 2013-10
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    EMC Mortgage LLC amps@manleydeas.com
              RALPH D. FRIEDMAN    on behalf of Debtor Gregory A. Barr rdf@rdflaw.com, btorr.rdflaw@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORY BARR　　　　　　　　　Chapter 13

　　　　　Debtor　　　　　　　　　Bankruptcy No. 11-16655-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __11th__ day of __August__, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
RALPH D FRIEDMAN
1077 RYDAL RD
SUITE 103
RYDAL, PA 19046

Debtor:
GREGORY BARR

206 WOOD STREET
HATBORO, PA 19040